IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT TAYLOR, #130 155,          )
                                  )
          Plaintiff,              )
                                  )
v.                                )    CIVIL ACTION NO. 2:17-CV-848-WHA
                                  )               [WO]
DANIEL WELLS, *et al.*,           )
                                  )
          Defendants.             )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge entered on February 12, 2018. There being no timely objection filed to the Recommendation, and upon independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 4) is DENIED, and this case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon initiation of his case.

An appropriate judgment will be entered.

Done, this 5th day of March 2018.


/s/   W. Harold Albritton_____
SENIOR UNITED STATES DISTRICT JUDGE